UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14073-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA
        Plaintiff,

vs.

RAYMOND TORY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on December 12, 2007.  A Report and Recommendation was filed on December 19, 2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the three Count Indictment which charges the Defendant,

In Count One, with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2);

In Count Two, with possession with intent to distribute a mixture or substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1);

In Count Three, possession with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of January, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office